UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNE P. MATIAS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, a corporation; BANK OF AMERICA CORPORATION, a corporation; and DOES 1 to 10,<br><br>　　　　Defendants. | CASE NO.: C 14-02646 LB<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

　　　Notice is hereby given that, subject to approval by the Court, WHIRLPOOL CORPORATION substitutes Thomas R. Beer, State Bar No. 148175 as counsel of record in place of Bruce Nye of Adams Nye Becht LLP, 222 Kearny Street, Seventh Floor, San Francisco, California 94108.

　　　Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Barger & Wolen LLP |
| Address: | 275 Battery Street, Suite 480, San Francisco, CA 94111 |
| Telephone: | (415) 434-2800　　Facsimile:　(415) 434-2533 |
| E-Mail: | tbeer@bargerwolen.com |

I consent to the above substitution:

Dated: July 1, 2014

　　　*Emily Maki Rusk*
　　　Senior Counsel, Whirlpool Corp.
　　　(Signature and Title of Party(s))

Dated: July 1, 2014

　　　(Signature of Former Attorney(s))

Dated: July 1, 2014

　　　(Signature of New Attorney(s))

The substitution of attorney is hereby approved and so ORDERED.

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY
CASE NO.: C 14-02646 LB

Date: July 29, 2014

**IT IS SO ORDERED**

Judge Vince Chhabria