UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONNE P. MATIAS,<br><br>  Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, a corporation; BANK OF AMERICA CORPORATION, a corporation; and DOES 1 to 10,<br><br>  Defendants. | CASE NO.:  C 14-02646 VC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

  Non-binding Arbitration (ADR L.R. 4)

  Early Neutral Evaluation (ENE) (ADR L.R. 5)

  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

  ☑ Private ADR (*please identify process and provider*) Private mediation.  The parties have tentatively selected Rick Williams.

The parties agree to hold the ADR session by:

  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA  94111
(415) 434-2800

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.: C 14-02646 LB

☑ other requested deadline. The parties request the deadline be set by Judge Vince Chhabria at the September 23, 2014 Case Management Conference to account for case management issues.

Dated: September 2, 2014

/s/ Annie Wu
Attorney for Plaintiff
RONNE P. MATIAS

Dated: September 2, 2014

/s/ Thomas R. Beer
Attorney for Defendant
WHIRLPOOL CORPORATION

Dated: September 2, 2014

/s/ E. Forrest Shryock
Attorney for Defendant
BANK OF AMERICA N.A.

# [PROPOSED] ORDER

xx    The parties' stipulation is adopted and IT IS SO ORDERED.

The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: September 2, 2014

_____
UNITED STATES JUDGE

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA 94111
(415) 434-2800

2

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.: C 14-02646 LB