Richard Alexander (48432), ra@alexanderlaw.com
Annie Wu (234582), awu@alexanderlaw.com
ALEXANDER LAW GROUP, LLP
111 W. Saint John St., Suite 700
San Jose, CA 95113
Telephone:  (408) 289-1776
Facsimile:   (408) 287-1776

Attorneys for Plaintiff
RONNE P. MATIAS

Thomas R. Beer (148175), tbeer@bargerwolen.com
Peter J. Felsenfeld (260433), pfelsenfeld@bargerwolen.com
BARGER & WOLEN LLP
275 Battery Street, Suite 480
San Francisco, California  94111
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533

Attorneys for Defendant
WHIRLPOOL CORPORATION

E. Forrest Shryock, Jr. (121929), fshryock@vmbllp.com
Corie A. Edwards (184042) cedwards@vmbllp.com
VOGL MEREDITH BURKE LLP
456 Montgomery St 20th Fl
San Francisco, CA 94104
Telephone:  (415) 398-0200
Facsimile:   (415) 398-2820

Attorneys for Defendant
BANK OF AMERICA N.A. erroneously sued herein as DOE 1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNE P. MATIAS,<br><br>       Plaintiffs,<br><br>   vs.<br><br>WHIRLPOOL CORPORATION, a corporation; BANK OF AMERICA CORPORATION, a corporation; and DOES 1 to 10,<br><br>       Defendants. | CASE NO.:  C 14-02646 VC<br><br>**STIPULATION TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; [PROPOSED] ORDER**<br><br>Judge:  Hon. Vince Chhabria |

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA  94111
(415) 434-2800

STIPULATION TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; [PROPOSED] ORDER CASE
CASE NO.: C 14-02646 LB

The parties to this action, through their respective counsel, stipulate and agree as follows:

1. WHEREAS Plaintiff Ronne P. Matias ("Matias") originally filed this action on April 11, 2014 in the Superior Court of California, County of San Francisco, Case No. CGC-14-538664.

2. WHEREAS Defendant Whirlpool Corporation ("Whirlpool") removed the case to the Northern District on June 6, 2014 based on diversity jurisdiction.

3. WHEREAS on September 26, 2014 Whirlpool filed and served a cross-complaint against non-party Horaci Villar ("Villar"), a dual citizen of California and Brazil.

4. WHEREAS the aforementioned cross-complaint destroys complete diversity because both Matias and Villar are citizens of California.

## STIPULATION

IT IS THEREFORE AGREED AND STIPULATED by the parties (through their respective counsel of record) to request that the Court remand this action to the Superior Court of California, County of San Francisco for all further proceedings.

Dated:  September 29, 2014        ALEXANDER LAW GROUP, LLP


                                  By:  /s/ Annie C. Wu
                                       RICHARD ALEXANDER
                                       ANNIE C. WU
                                       Attorneys for Plaintiff
                                       RONNE P. MATIAS

Dated:  September 29, 2014        BARGER & WOLEN LLP


                                  By:  /s/ Peter J. Felsenfeld
                                       THOMAS R. BEER
                                       PETER J. FELSENFELD
                                       Attorneys for Defendant
                                       WHIRLPOOL CORPORATION

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA 94111
(415) 434-2800

2

STIPULATION TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; [PROPOSED] ORDER CASE
CASE NO.: C 14-02646 LB

| | |
|---|---|
| Dated: September 29, 2014 | VOGL MEREDITH BURKE LLP |

By: /s/ E. Forrest Shryock, Jr.
E. FORREST SHRYOCK, JR.
CORIE A. EDWARDS
Attorneys for Defendant
BANK OF AMERICA N.A. erroneously
sued herein as DOE 1

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA 94111
(415) 434-2800

2
STIPULATION TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; [PROPOSED] ORDER CASE NO.: C 14-02646 LB

1 **ORDER**

2       Based upon the foregoing Stipulation, and good cause appearing therefore, the

3 instant action is hereby remanded to the Superior Court of California, County of San

4 Francisco for all further proceedings.

5

6 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

7

8 Dated: September 30, 2014      _____

9                                      UNITED STATES DISTRICT COURT JUDGE
VINCE CHHABRIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
275 BATTERY STREET
SUITE 480
SAN FRANCISCO, CA 94111
(415) 434-2800

2

STIPULATION TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; [PROPOSED] ORDER CASE NO.: C 14-02646 LB